UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MATTHEW JAMES LINDSAY SHORE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> FEDERAL DEPOSIT INSURANCE CORP, et al., <br><br> Defendants. | CASE NO. C14-1817-RSM <br><br> ORDER DENYING IN FORMA PAUPERIS REQUEST |

The Court, having reviewed plaintiffs' application to proceed *in forma pauperis* (IFP), the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and ORDER:

(1)     The Court adopts the Report and Recommendation;

(2)     Plaintiffs' IFP application is DENIED.  Plaintiffs were directed to file an IFP application for Savanah Shore no later than December 26, 2014, but failed to do so.  Plaintiffs are directed to pay the full filing fee of $400 within **thirty (30) days** of the date of signature below.  If the filing fee is not paid, this case will be dismissed;

(3)     The Clerk shall file the complaint only on receipt of the filing fee.  If no filing fee

ORDER DENYING
IN FORMA PAUPERIS REQUEST
PAGE - 1

is paid within thirty (30) days of the date of this Order, the Clerk is directed to close the file; and

(4) The Clerk is directed to send copies of this Order to plaintiffs and to the Honorable Mary Alice Theiler.

DATED this 27 day of January 2015.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER DENYING
IN FORMA PAUPERIS REQUEST
PAGE - 2