1
2
3
4
5
6
7                     UNITED STATES DISTRICT COURT
8                     WESTERN DISTRICT OF WASHINGTON
                                AT SEATTLE
9

10  MATTHEW JAMES LINDSAY SHORE, et al.,    Case No. C14-1817RSM

11                                          ORDER OF DISMISSAL
                Plaintiffs,
12
13              v.

14  FEDERAL DEPOSIT INSURANCE CORP, et al.,
15
16              Defendants.

17       On January 27, 2015, the Court in this matter issued an Order adopting the Report and
18  Recommendation of the Honorable Mary Alice Theiler and denying Plaintiffs' *in forma pauperis*
19  ("IFP") application. Dkt. #5. Plaintiffs were directed to file an IFP application satisfying the
20  Court's requirements no later than December 26, 2014, but failed to do so. *Id.* Plaintiffs were
21  directed to pay the full filing fee within thirty days of January 27, 2015, but failed to do so. *See*
22  Docket. Plaintiffs were informed that if the filing fee was not paid, this case would be dismissed
23  and closed. *Id.* Plaintiffs have taken no further action in this case.
24       Considering all of the above, and the remainder of the record, the Court concludes that
25  dismissal of this case is warranted for failure to pay the filing fee or submit an IFP application.
26
27
28

ORDER OF DISMISSAL - 1

Accordingly, the Court hereby finds and ORDERS:

(1) This matter is DISMISSED.

(2) This case is now CLOSED.

DATED this 10th day of January, 2018.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL - 2